

**SO ORDERED.**
**SIGNED this 28th day of June, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**ROBERT LEE ROBINSON**   Case No. **3:22-BK-30426-SHB**
Chapter 7

Debtor.

### ORDER

Ryan E. Jarrard, Trustee, moved for an examination of Robert Lee Robinson, pursuant to Fed. R. Bankr. P. 2004. The relief may be granted *ex parte*. Based upon the motion, the Trustee and parties in interest may examine Robert Lee Robinson pursuant to Fed. R. Bankr. P. 2004 on July 1, 2022 at 3:00pm at the offices of Quist, Fitzpatrick & Jarrard, 2121 First Tennessee Plaza, Knoxville, TN 37929 pursuant to the terms set forth in the underlying motion.

###

**APPROVED FOR ENTRY:**
*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Chapter 7 Trustee
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com